# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

HONORABLE **DAVID C. GODBEY** _____ PRESIDING
DEPUTY CLERK **CARLA JOHNSON** _____ COURT REPORTER/TAPE: **LINDA ROBBINS**
LAW CLERK _____ USPO _Julianna Moore_____
INTERPRETER _____ COURT TIME: _25 mins_____
A.M. _9:05_____ P.M. _____ DATE: _9/12/05_____

---

CR. No. **3:03-CR-270-N**   DEFT. No. __(04)__

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | JEFFREY ANSLEY _____ AUSA |
| v. | § § § | |
| KENNY J. DAVIS | § | SAM OGAN |
| Defendant's Name | | Counsel for Deft. Appt-(A), Ret-(R), FPD-(F) |

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FILED**
**SEP 12 2005**
**CLERK, U.S. DISTRICT COURT**
By _____ Deputy

## SENTENCING

- [✓] Sentencing held.  [ ] Objections to PSI heard.  [ ] Plea agreement accepted.  [ ] Plea agreement NOT accepted.
- [ ] Change of plea hearing, deft withdraws plea of guilty.
- [ ] Pre Sentencing Guidelines
- [ ] New Sentencing Guidelines (NSG) offense committed on or after (11/1/87).  [ ] Departs Upward  [ ] Departs Downward
- [ ] **SENTENCING TEXT:**
  - [ ] Deft. placed on: Probation for _____ months/years.
  - [✓] Deft. committed to custody of the AG/BOP to be imprisoned for a TOTAL term of __14__ (months)/years.
  - [✓] Deft. placed on: Supervised Released for __1__ months/(years).
  - [ ] Restitution ordered in the amount of $_____ and/or Fine imposed in the amount of $_____.
  - [ ] Counts _____ dismissed on government's motion.
  - [✓] Order dismissing original Indictment/Information to be entered upon government's written motion.
  - [✓] $_100.00_ special assessment on Count(s) __1__ of [ ] Indictment [✓] Information [ ] Superseding Indictment [ ] Superseding Information.
- [ ] Trial set for: _____
- [ ] Defts bond [ ] set [ ] reduced to $_____ [ ] Cash [ ] Surety [ ] 10% [ ] PR
- [ ] Deft ordered to surrender to U.S. Marshal on _____.
- [✓] Deft ordered to surrender to the designated institution on _11/21/05 @ 11:00 AM_.
- [ ] Deft failed to appear, bench warrant to issue.
- [✓] Bond [✓] continued [ ] revoked
- [ ] Deft Advised of his right to appeal.
- [ ] Deft requests Clerk to enter notice of Appeal.
- [ ] Deft Custody/Detention continued.
- [ ] Deft REMANDED to custody. [ ] Court recommends incarceration at _____.

OTHER PROCEEDINGS: _____