**ORIGINAL**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 21 2005
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | CRIMINAL ACTION NO. |
| v. § | |
| § | 3:03-CR-270 N (04) |
| KENNY J. DAVIS, § | |
| § | |
| Defendant. § | |
| § | |

## NOTICE OF APPEAL

Notice is hereby given that Defendant Kenny J. Davis appeals to the United States Court of Appeals for the Fifth Circuit from the sentence and judgment entered in the above-entitled case on September 12, 2005, by the Honorable David C. Godbey, United States District Judge.

Respectfully submitted,

_____
Sam L. Ogan
Assistant Federal Public Defender
Northern District of Texas
Texas Bar No. 15224750
525 Griffin, Suite 629
Dallas, TX 75202
(214) 767-2746
(214) 767-2886 Fax

Attorney for Defendant

## CERTIFICATE OF SERVICE

I, Sam L. Ogan, certify that on September 21, 2005, I caused a copy of the foregoing Notice of Appeal to be hand-delivered to Jeffery J. Ansley, Assistant United States Attorney, 1100 Commerce Street, Third Floor, Dallas, Texas.

/s/ Sam Ogan
Sam L. Ogan
Assistant Federal Public Defender