# United States District Court
# Northern District of Texas

September 22, 2005

Mr. Charles R. Fulbruge III, Clerk
U.S. Court of Appeals - Fifth Circuit
600 Camp Street, Room 102
New Orleans, LA 70130

SUBJECT:   3:03-cr-00270-N Kenny J Davis

Dear Mr. Fulbruge:

In connection with the appeal cited above, the following documents are transmitted:

| | |
|---|---|
| __X__ | Certified copy of the notice of appeal and docket entries |
| _____ | Certified copy of the notice of cross-appeal and docket entries |
| _____ | Record on appeal consisting of ___ volume(s) of the electronic record; |
| | Volume(s) of the transcript                PSI Sealed |
| | Container(s) of exhibits                    Sealed envelopes |
| _____ | ORIGINAL DOCUMENT(S) ENCLOSED--RETURN TO DISTRICT COURT |
| _____ | Supplemental record, including updated docket entries |
| _____ | Copy of CJA-20 appointing counsel |
| _____ | Other:   In regard to the notice of appeal, the following additional information is furnished: |
| _____ | The Court of Appeals docket fee has not been paid |
| __X__ | This case is proceeding *in forma pauperis* |
| _____ | Although the Court of Appeals docket fee was not paid at the time the notice of appeal was filed, it was paid on |
| __X__ | The District Judge entering the final judgment is  Judge David C Godbey |
| __X__ | The court reporter(s) assigned to this case :  Linda Robbin. |
| __X__ | Names of co-defendants if any, and any pending appeals: See docket sheet |
| _____ | This case was decided without a hearing, therefore there will be no transcript |

Sincerely,
KAREN MITCHELL

By:   s/ S VanCamp

*Deputy Clerk*

cc:   Attorneys of record
      Defendant Pro Se