UNITED STATES MARSHALS SERVICE
memorandum

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 28 2005
CLERK, U.S. DISTRICT COURT
By _____
    Deputy

DATE: OCTOBER 28, 2005

REPLY TO
ATTN. OF: RANDY P. ELY, UNITED STATES MARSHAL, NORTHERN DISTRICT OF TEXAS

BY: JOAN PARKER, CRIMINAL PROGRAM SPECIALIST

SUBJECT: **NOTICE OF DESIGNATION AND SURRENDER TO CUSTODY**

TO: KENNY J. DAVIS, REG. #30874-177
    7501 ORCHARD COURT
    NORTH RICHLAND HILLS, TEXAS    76180


**TAKE NOTICE** that your designation to serve a federal sentence has been received and processed in this office. You should report to the designated institution as indicated below:

**LOCATION: FEDERAL CORRECTIONAL INSTITUTION BEAUMONT-LOW
          BEAUMONT, LOUISIANA
    WHEN: NOVEMBER 21, 2005, NO LATER THAN 11:00 A.M.**


You may contact the designated institution at 409-727-8172 for information on the location of the institution and what articles you can take with you to the institution. Copies of this notice have been distributed as indicated.

cc:  U.S. PRE-TRIAL

     U.S. DISTRICT CLERK(please include in defendant's file)
     3-03-CR-270-N