ORIGINAL

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
NOV 1 4 2005
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | No. 3:03-CR-270-N (4) |
| KENNY J. DAVIS (4) | § | |

## ORDER

Upon consideration of Defendant's Motion to Extend Surrender Date, said motion is this 14 day of Nov., 2005, GRANTED.

This Court's Judgment entered on September 15, 2005 is hereby AMENDED to extend the date by which Kenny J. Davis must report for service of his sentence until the 21 day of Jan., 2006 at 10 a.m.

Signed 11/14/05

DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE