# United States District Court
## Northern District of Texas

Karen Mitchell

Clerk of Court

1100 Commerce, Room 1452

Dallas, Texas 75242

January 4, 2006

Department of State
Office of Passport Policy and Advisory Services
2100 Pennsylvania Ave. NW
3rd Floor
Washington, DC 20037

RE:   Defendant's Name:   Kenny James Davis
      Case No.:           3:03-CR-270-N
      Passport No.:       130961322

Dear Sir or Madam:

The above named criminal defendant surrendered his/her passport pursuant to an order issued by a U. S. Magistrate Judge in the Northern District of Texas.

( X )          The passport has now expired.

( X )          Date of conviction: September 15, 2005

Pursuant to Miscellaneous Order No. 51 of the Northern District of Texas, I am surrendering the enclosed passport to the State Department. Please contact me at (214) 753-2167 if you have any questions or require additional information.

Sincerely,

Lisa Martin
Deputy Clerk

Enclosure