IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § | |
| v. | § § | Crim. Action No. 3:03-CR-270-N |
| KENNY J. DAVIS (04) | § § | |

### ORDER

Before the Court is the Request for Release of Bond Money filed February 5, 2006 and the Government's Response filed May 4, 2006. The motion is granted.

The U. S. District Clerk's Office is directed to refund the amount of $1000.00 bond posted by Tammy Beshear on July 25, 2003. The funds should be released to Tammy Beshear at 5813 Swords, Fort Worth, Texas 76137.

SIGNED May 5, 2006.

_____
David C. Godbey
United States District Judge

ORDER – SOLO PAGE